**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    David Herbig, Trustee of the Welch Family Trust C v. Jeanne Manry Welch, Trustee of The Welch Manry Family Trust

Appellate case number:   01-22-00080-CV

Trial court case number:  2020-07680

Trial court:         164th District Court of Harris County

Appellant, David Herbig, Trustee of the Welch Family Trust, has filed a second unopposed motion to extend the deadline to file a reply brief. The motion is **granted**.

Appellant's reply brief is due to be filed no later than **February 27, 2023. No further extensions will be granted absent extraordinary circumstances.**

It is so ORDERED.

Judge's signature: _____/s/ Amparo Guerra_____
              ☑ Acting individually    ☐ Acting for the Court

Date: ___January 31, 2023_____